JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/4/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>DRISCOLL STRAWBERRY ASSOCIATES, INC. and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 2:17−cv−05238−MWF−JC<br><br>[~~PROPOSED~~] ORDER TO DISMISS WITH PREJUDICE |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own fees and costs.

IT IS SO ORDERED.

Dated: December 4, 2017

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE